UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALFRED DEAL (#96506)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 15-276-JWD-RLB

### AMENDED OPINION

The Court previously entered an Opinion and Judgment in this matter on October 21, 2015, which stated that there was no opposition to the report and recommendation because there was not an opposition on October 21, 2015. On October 29, 2015, an opposition dated October 18, 2015 was filed into the record. This Opposition is considered to be filed timely since objections to the report and recommendation were due by October 19, 2015.

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed and considered by the Court:

**IT IS ORDERED** that the Plaintiff's action is dismissed, with prejudice, as legally frivolous, and for failure to state a claim upon which relief may be granted[1] pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on <u>November 2, 2015</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."